IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                  )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )     2:11cv364-MHT
                                 )         (WO)
AUBURN UNIVERSITY and            )
AUBURN UNIVERSITY                )
MONTGOMERY,                      )
                                 )
    Defendants.                  )
```

OPINION

Plaintiff Peter J. Smith filed this lawsuit asserting unclear charges against defendant Auburn University and Auburn University Montgomery.  This lawsuit is now before the court on the magistrate judge's recommendation that Smith's case should be dismissed without prejudice. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of August, 2011.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE